In the Matter of the Petition of W. GLENN LARMONTH to Probate the Last Will and Testament of CHARLES D. HOWELL, Late of the City of Watertown, New York, Deceased.  CLARENCE R. BURDICK and LOUIS H. BURDICK, Appellants; W. GLENN LARMONTH, MILDRED V. SENIOR and THELMA M. SENIOR, Respondents. — Order affirmed, with ten dollars costs and disbursements.  All concur.  (The order denies a motion for an immediate hearing of the issues raised by the objections of contestants; denies contestants' attorney the right to a copy of the minutes of the probate proceeding to be paid for by the estate; and denies the vacating of the decree admitting the will to probate.)  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GEORGINA AYRES PUTNAM, Appellant, v. ALICE M. HUBER, Respondent, and ELIZABETH AYRES GRUHN, Defendant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MARGARET H. THORN, Respondent, v. ELIZABETH H. THORN, as Executrix, etc., of WILLIAM E. THORN, Deceased, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted [see ante, p. 806] and questions for review certified.  Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of CLARENCE W. McKAY, as Executor, etc., of JULIA E. T. NEWTON, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of ANSON REED, a Child under Sixteen Years of Age — Motion for leave to appeal to the Court of Appeals denied.  Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GUISEPPE PEROZZI, Appellant, Respondent, v. UNITED STATES GYPSUM COMPANY, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.  Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

ALBERT GRACE CLARK, an Infant, by DELBERT CLARK, Her Guardian ad Litem, Respondent, v. THE CITY OF BUFFALO, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.  Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

DELBERT CLARK, Respondent, v. THE CITY OF BUFFALO, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied.  Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Construction of the Last Will and Testament of CORNELIA F. JACKSON, Deceased.— Motion for reargument denied and motion for leave to appeal to the Court of Appeals denied, without costs.  Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

JESSIE WOODRUFF, Respondent, v. SINCLAIR REFINING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRED WOODRUFF, Respondent, v. SINCLAIR REFINING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.